# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

VICK BYNUM                                                                                       PLAINTIFF

v.                               NO. 4:16CV00637 JLH

DAVID D. GARNER ENTERPRISES, INC.                                                DEFENDANT

## **ORDER**

The plaintiff's motion for voluntary dismissal is GRANTED. Document #35. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 31st day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE